

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-13-00350-CR

John David **SAMARRIPAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9678
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 30, 2014.

Sandee Bryan Marion, Justice